**UNITED STATES of America, Plaintiff-Appellee,**

v.

**UNDER SEAL 1, Defendant-Appellant.**

No. 17-7109

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 16, 2018

Edward Ward Morgan, LAW OFFICE OF WARD MORGAN, Bluefield, West Virginia, for Appellant. Monica D. Coleman, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Under Seal 1 appeals the district court's order denying relief on the Government's postjudgment motion. We dismiss the appeal because the order is not reviewable. *See United States v. Pridgen*, 64 F.3d 147, 149-50 (4th Cir. 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*